[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-13282
Non-Argument Calendar

_____

D.C. Docket No. 2:99-cr-14040-KMM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVAR WYCHE,
a.k.a. Javar Devon Wyche,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 4, 2013)

Before PRYOR, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Javar Wyche appeals the revocation of his supervised release.  18 U.S.C. § 3583(e)(3).  The district court revoked Wyche's supervised release for committing a new offense of battery and resisting arrest.  We affirm.

The district court did not abuse its discretion.  Wyche argues the evidence was insufficient to find that he battered his girlfriend, but we need not address this argument because we can affirm on a different ground.  Wyche pleaded guilty to resisting arrest, which was sufficient to support the revocation of his supervised release.  Id.; see also United States v. Almand, 992 F.2d 316, 318 n.6 (11th Cir. 1993).

We **AFFIRM** the revocation of Wyche's supervised release.